**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 25-2771-JFW(Ex)** | Date: November 5, 2025 |
| Title: | Harold Pick -v- Motorola Solutions, Inc., et al. | |

**PRESENT:**

  HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE: SANCTIONS**

In the Declaration of Richard Leonard Re: Inability to File Joint Report of Rule 7-3 Conference, defense counsel represents that he called and emailed Plaintiff's counsel several times in an attempt to meet and confer regarding Defendant's Motion for Judgment on the Pleadings and that Plaintiff's counsel never responded. Local Rule 7-3 requires counsel to meet and confer "at least 7 days prior to the filing" of a motion. In addition, paragraph 5(b) of the Court's Standing Order provides in relevant part:

> Not more than two calendar days after the 7-3 conference for any contemplated motion (and at least five calendar days prior to filing the contemplated motion), counsel shall file a joint statement indicating the date of, duration of, and method of communication used during the conference and the participants in the conference. In addition, the joint statement shall detail the issues discussed and resolved during the conference and the issues remaining. Failure to strictly comply with the Court's requirements or Local Rule 7-3 will result in the striking and/or the denial of the motion.

Accordingly, Plaintiff's counsel is ordered to show cause, in writing, by November 7, 2025, why the Court should not impose sanctions in the amount of $1,500.00 against Plaintiff's counsel for his failure to comply with the Local Rules and the Court's Standing Order. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and the dismissal of this action.

IT IS SO ORDERED.